FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOE J.W. ROBERTS, JR,

   Plaintiff,

   v.

GUTIERREZ, et. al.,

   Defendants.

NO: 4:23-CV-05149-RLP

ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the parties' Stipulation for Dismissal of All Claims Against All Parties With Prejudice and Without Fees or Costs. ECF No. 57. The parties agree that all claims against all parties should be dismissed with prejudice, and without fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without fees or costs to any party.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 2, 2025.

　　　　　　　　　　　　　　　　　REBECCA L. PENNELL
　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2